

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AP/AS

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 6, 2024

By E-mail

The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Yue Zhou
     Criminal Docket No. 24-CR-123 (MKB)

Dear Judge Pollak:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety. The defendant has been taken into federal custody pursuant to an arrest warrant and accordingly there is no longer a reason for the matter to remain sealed. A proposed order is enclosed.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

      By:  /s/ *Amanda Shami*
          Amanda Shami
          Assistant U.S. Attorney
          (718) 254-7528

Enclosure

cc: Clerk of Court (by Email)