## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Robert Levy                    DATE:   7/8/2024

DOCKET NUMBER   2 4 c r 0 0 1 2 3 (MKB)           LOG #:  3:11 – 3:22

DEFENDANT'S NAME :   YUE ZHOU
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL:   Kannan Sundaram
   ✓ Federal Defender   ___ CJA   ✓ appointed by the Court   ___ Retained

A.U.S.A :   Amanda Shami                          CLERK:   SM Yuen

Probation :                                (Language)   Mandarin – Nancy Wu

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation
✓ Defendant pleads NOT GUILTY to ALL counts.
✓ Rule 5f Order read into the record.
___ Bail application Hearing held.   ✓ Defendant's first appearance.
   ___ Bond set at _____ Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted.
___ Temporary Order of Detention Issued.   Bail Hearing set for _____
✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
___ Order of Excludable Delay/Speedy Trial entered.   Start_____ Stop _____
___ Medical memo issued.
___ Defendant failed to appear; bench warrant issued.
✓ Status conference set for   7/31/24 @ 11:30   before Judge   Brodie

Other Rulings :   Gov't opposed bail for reasons stated on the record.